IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00472-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FRANCISCO HERNANDEZ-CARO,
a/k/a Juan Jose Gomez,

    Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING

---

Pursuant to a telephone conference between counsel and Chambers staff and in response to the Notice of Disposition (Dkt. # 16) filed in the above matter, it is ORDERED that a Change of Plea hearing is set for **Friday, February 16, 2007 at 1:30 p.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on February 14, 2007.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: January 5, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge