IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00472-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE FRANCISCO HERNANDEZ-CARO,
a/k/a Juan Jose Gomez,

      Defendant.

## ORDER RESETTING CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. The Court hereby ORDERS that the change of plea hearing in this matter currently set for February 16, 2007 is RESET to **Tuesday, February 13, 2007 at 9:30 a.m.**

      DATED:  January 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge