IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00472-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE FRANCISCO HERNANDEZ-CARO,
a/k/a Juan Jose Gomez,

      Defendant.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

Defendant's Motion to Continue New Change of Plea Hearing Date (Dkt. # 21) is

GRANTED.  The Court hereby ORDERS that the change of plea hearing in this matter

set for February 13, 2007 is RESET to **Tuesday, February 20, 2007 at 1:30 p.m.**

      DATED:  January 29, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge