UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00472-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FRANCISCO HERNANDEZ-CARO,
a/k/a Juan Jose Gomez,

    Defendant.

## ORDER RESETTING SENTENCING HEARING

On March 23, 2007 this case was reassigned to the undersigned. Due to a scheduling conflict,

**IT IS ORDERED** that the sentencing hearing currently scheduled for **May 21, 2007 at 8:30 a.m. is VACATED** and reset to **May 21, 2007 at 11:30 a.m.** in United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Any objections to this resetting shall be filed within 10 days of the date of this order, responses to those objections within 3 days.

Dated this 23rd day of March, 2007

           **BY THE COURT:**

           *Marcia S. Krieger*
           _____
           Marcia S. Krieger
           United States District Judge