**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date: May 21, 2007
Court Reporter:       Paul Zuckerman
Probation Officer:    Elizabeth Oppenheimer
Interpreter:           Catherine Bahr

Criminal Action No. 06-cr-00472-MSK

*Parties*:                                      *Counsel*:

UNITED STATES OF AMERICA,            James Boma

       Plaintiff,

v.

JOSE FRANCICSO HERNANDEZ-CARO,        Janine Yunker

       Defendant.

---

**SENTENCING MINUTES**

---

**12:19 pm.        Court in session**.

Defendant present in custody.

**Change of Plea Hearing on February 20, 2007.  Defendant pled guilty to Count 1 of the Indictment.   The defendant does not contest the forfeiture allegation (Count 2).**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government does request downward departure.  Defendant has no objection.

The defendant does contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by Ms. Yunker.

Allocution. - Statements made by: The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**        Government's Motion to Reduce Sentence **(Doc. #31)** is **GRANTED.**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2


> Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #32)** is **GRANTED.**
>
> Defendant's Motion for Variance **(Doc. #33)** is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:51 p.m.     Court in recess.**

Total Time:     32 minutes
Hearing concluded.